VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
AMY PARIGI (State Bar No. 261948)
RYAN BRICKER (State Bar No. 269100)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
209 Kearny Street, Third Floor
San Francisco, CA 94108
Telephone: (415) 534-0495
Facsimile: (270) 518-5974
Email: greg.gilchrist@versolaw.com
amy.parigi@versolaw.com
ryan.bricker@versolaw.com
paymaneh.parhami@versolaw.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC., <br><br>Plaintiff, <br><br>v. <br><br>TP APPAREL, LLC, SKINNYCORP, LLC, HUAWEITEE, 365INLOVESTORE, KRUSTEEZ, HADESTEE, SUMPREMIUMSTORE NEWS, TEESFREED, and G & G INVESTMENTS, INC., <br><br>Defendants. | Case No. 2:22-cv-07430-DSF-AFM <br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Patagonia, Inc. ("Patagonia") filed a Complaint alleging trademark infringement, trademark dilution, and unfair competition under federal and state law, and copyright infringement under federal law, against defendant G & G Investments, Inc. dba Gandy Ink ("Gandy Ink" or "Defendant"). Gandy Ink has produced, marketed, sold, and distributed products, including shirts, bearing designs and logos that are nearly identical to the P-6 logo, only replacing Patagonia's PATAGONIA word mark with the word "play-agonia," which, in overall

impression, is highly similar in appearance to Patagonia's mark.

Gandy Ink consents to entry of judgment and a permanent injunction.

The Court now enters final judgment based on the following undisputed facts. Each party has waived the right to appeal from this final judgment, and each party will bear its own fees and costs in connection with this action.

## I. FACTUAL FINDINGS AND CONCLUSIONS

A. This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Defendant. Venue is proper in this Court.

B. Patagonia owns numerous registrations for the PATAGONIA trademark, and for its distinctive logo depicting the Mt. Fitz Roy skyline (the "P-6 logo"), for a wide-ranging assortment of products. Among these are the following U.S. trademark registrations:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402/ February 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear. | 08/1974 |
| *patagonia* (logo) | 1294523/ September 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |
| (Mt. Fitz Roy skyline logo) | 1547469 / July 11, 1989 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Shirts, Sweaters, Vests, Skirts, Underwear Tops and Bottoms, Socks, Gloves, Mittens, Hats, Face Masks, Balaclava, Gaiters, Suspenders, and Belts | 08/1974-1981 |

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| patagonia (logo) | 1775623/ June 8, 1993 | Luggage, back packs, and all-purpose sports bags | 08/1988 |
| PATAGONIA | 1811334/ December 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| PATAGONIA | 2260188/ July 13, 1999 | Computerized on-line ordering activities in the field of clothing and accessories; Providing information in the field of technical clothing and accessories for use in recreational, sporting and leisure activities; providing information in the field of existing and evolving environmental issues | 10/1995 |
| PATAGONIA.COM | 2392685/ October 10, 2000 | On-line retail store and mail order services featuring technical clothing, footwear, and accessories; Computer services in the nature of on-line information related to the environment and clothing | 10/1995 |
| PATAGONIA | 2662619/ December 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |

These registrations are in full force and effect and have become incontestable under 15 U.S.C. § 1065. Collectively, these marks, Patagonia's other registered trademarks, and its common law marks are referred to as the "PATAGONIA trademarks." Patagonia also owns a registered copyright (Registration No. VA 1-

801-788) for the P-6 logo design. A color image of the P-6 logo design follows:



C. Gandy Ink has promoted and offered for sale products that mimic the Patagonia Trademarks (the "Gandy Ink Designs"). An example of the Gandy Ink Designs follows:



D. The Gandy Ink Designs are substantially similar to Copyright Registration No. VA 1-801-788 and Gandy Ink had access to the copyrighted P-6 design prior to creating the Gandy Ink Designs. The copying was deliberate and willful and the Gandy Ink Designs infringe Patagonia's copyright.

**II. FINAL JUDGMENT, PERMANENT INJUNCTION, AND AWARD**

It is hereby ordered and adjudged as follows:

A. Judgment is entered in favor of Patagonia against Gandy Ink and, pursuant to 17 U.S. Code § 504(c), statutory damages are awarded to Patagonia on

its copyright infringement claim in the amount of $1,000.

  B. Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Gandy Ink, its agents, employees, attorneys, successors, assigns, affiliates, joint ventures, and any person(s) in active concert or participation with Gandy Ink, and/or any person(s) acting for, with, by, through, or under Gandy Ink's control, who receive(s) actual notice of this Order, are hereby permanently enjoined and restrained, anywhere in the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

    1. Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that bear the Gandy Ink Designs;

    2. Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resemble the PATAGONIA trademarks as to be likely to cause confusion, mistake, or deception, on or in connection with any product that is not authorized by or for Patagonia;

    3. Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Gandy Ink or its products or services with Patagonia, or as to the origin of Gandy Ink's goods or services, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

    4. Further infringing the rights of Patagonia in and to its PATAGONIA trademarks, or otherwise damaging Patagonia's goodwill or business reputation;

    5. Further infringing Patagonia's copyright rights, including its rights in the P-6 logo design, or otherwise infringing any of Patagonia's rights under the Copyright Act and any other source of federal or state law;

   6. Otherwise competing unfairly with Patagonia in any manner; and

   7. Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this injunction.

 C. This is a final judgment as to all claims asserted against Gandy Ink related to products bearing the Gandy Ink Designs, promoted or offered for sale prior to the date of entry of this Final Judgment and Permanent Injunction. Both parties shall bear their own costs.

 D. If Patagonia commences an action for enforcement of this Judgment, the prevailing party shall be awarded reasonable attorneys' fees and costs from the other party, for both the action enforcing this Judgment and the underlying litigation.

  IT IS SO ORDERED.

 DATED: November 22, 2022

           _____
           Honorable Dale S. Fischer
           UNITED STATES DISTRICT JUDGE