JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC.,<br>     Plaintiff,<br><br>          v.<br><br>TP APPAREL, LLC, et al.<br>     Defendants. | CV 22-7430 DSF (AFMx)<br><br>Judgment |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Patagonia, Inc. and against Teesfreed, 365InLoveStore, Hadestee d/b/a Lemonstee, HuaweiTee, Krusteez, and Sumpremiumstore News in the amount of $30,000 in statutory damages from each defendant for copyright infringement, for a total of $180,000, and $2,400 in fees.  Defaulting Defendants, their principals, officers, agents, employees, attorneys, successors, assigns, affiliates, joint ventures, and any person(s) in active concert or participation with Defaulting Defendants, and/or any person(s) acting for, with, by, through, or under their control, who receive(s) actual notice of this Order, are permanently enjoined and restrained, anywhere in the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following until such time as this Order is vacated or modified by further Court order:

   (a) Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any

goods or services, that display any of the Defaulting Defendants' Designs found to be infringing in this lawsuit or any other designation or design infringing on the Patagonia Marks or P-6 Logo Copyright for which Defaulting Defendants have been found liable for infringement in this Order;

(b) Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any goods or services, that display a copy of Patagonia's copyrighted P-6 design, or any other graphic that is substantially similar to the P-6 design;

(c) Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Defaulting Defendants or their products or services with Patagonia, or as to the origin of Defaulting Defendants' goods or services, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

(d) Further infringing the rights to the Patagonia Marks as to which Defaulting Defendants have been found liable for infringement, or otherwise damaging Patagonia's goodwill or business reputation;

(e) Further diluting the Patagonia Marks;

(f) Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by the Court's Order.

Date: August 1, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge